IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CEDRICK R. DAVIS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-365(MTT) |
| **LADERICK WORTHEN,** *et al.,* | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 12). The Magistrate Judge recommends dismissing the Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b) because the Plaintiff has failed to both comply with the Court's orders and to diligently prosecute his action. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's complaint is **dismissed without prejudice**.

**SO ORDERED,** this 27th day of February, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT